**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**STEVEN J. ABRAHAM,** *et al.*,

**Plaintiffs,**

**v.**                                                          **Civ. No. 09-00961 WDS/RLP**

**BP AMERICA-PRODUCTION COMPANY,**

**Defendant.**

**ORDER GRANTING MOTION FOR APPROVAL
OF NOTICE TO CLASS MEMBERS**

**THIS MATTER** is before the Court on Plaintiff's Motion for Approval of Notice to Class Members.  (Document 123).  Defendant filed a brief in opposition, and Plaintiff filed a reply brief. The Court finds that the wording of Plaintiff's proposed Notice to Class Members more accurately states the nature of the case.  Accordingly, the Court finds that Plaintiff's motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Approval of Notice to Class Members (Document 123) is hereby granted.  The Court approves the form of Notice attached to Plaintiff's motion as "Exhibit A."  The Court directs that the Notice be mailed to all class members as required by the Agreed Decision and published one day in the legal notice section of newspapers of general circulation in Albuquerque and Farmington, New Mexico; in Dallas and Houston, Texas; in Oklahoma City and Tulsa, Oklahoma; and in Denver, Colorado.

_____
**W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE**