IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STEVEN J. ABRAHAM, MICHAEL C. ABRAHAM,** Individually and as Trustee of the **MIKE C. ABRAHAM TRUST, D.A. ABRAHAM, LLC, ELIZABETH WITTEN and CHRISTINE MASON as** Co-trustees of the **ANDREW WITTEN TRUST, ELIZABETH WITTEN TRUST and JUDY WITTEN TRUST** on behalf of themselves and all others similarly situated,

      Plaintiffs,

vs.    No. 09-CV-961 WDS/RLP

**BP AMERICA PRODUCTION COMPANY,**

      Defendant.

## ORDER

THIS MATTER, having come before the Court on Plaintiffs' Unopposed Motion to File Under Seal Exhibit 1 to Plaintiffs' Memorandum in Opposition to BP's Motion in Limine No. 3 and the Court having considered the Motion FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Exhibit 1 be sealed, as the documents contain confidential commercial information.

_____
W. DANIEL SCHNEIDER
United States Magistrate Judge