IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STEVEN J. ABRAHAM, et al.**

    Plaintiffs,

    v.                                                                Case No. CIV-09-961 WDS/RLP

**BP AMERICA PRODUCTION COMPANY,**

    Defendant.

## ORDER

THIS MATTER, having come before the Court on Defendant's Unopposed Motion to File Under Seal Attachment B-1, B-2 and C to its Expedited Motion to Compel ABQ Energy to Comply with Court Order and For Sancations, and the Court having considered the Motion FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the above referenced Attachments be sealed.

 

_____
W. Daniel Schneider
United States Magistrate Judge

Respectfully submitted,

**HOLLAND & HART**

*/s/ Michael H. Feldewert*
Michael H. Feldewert
Kristina Martinez
Adam G. Rankin
Post Office Box 2208
Santa Fe, New Mexico  87504-2208
(505) 988-4421
(505) 983-6043 Facsimile

E-mail:  **mfeldewert@hollandhart.com**
E-mail:  kemartinez@hollandhart.com
E-mail:  agranking@hollandhart.com

and

Scott S. Barker
**WHEELER TRIGG O'DONNELL LLP**
1801 California Street, Suite 3600
Denver, Colorado 80202-2617
(303) 244-1800
(303) 244-1879 Facsimile
E-mail: barker@wtotrial.com

**ATTORNEYS FOR**
**BP AMERICA PRODUCTION COMPANY**