IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEVEN J. ABRAHAM, MICHAEL C. ABRAHAM,
Individually and as Trustee of the MIKE C.
ABRAHAM TRUST, D.A. ABRAHAM, LLC,
ELIZABETH WITTEN and CHRISTINE MASON as
Co-trustees of the ANDREW WITTEN TRUST,
ELIZABETH WITTEN TRUST and JUDY WITTEN
TRUST on behalf of themselves and all others
similarly situated,

       Plaintiffs,

vs.                                                     No. 09-CV-961 WDS/RLP

BP AMERICA PRODUCTION COMPANY,

       Defendant.

## ORDER

THIS MATTER, having come before the Court on Plaintiffs' Unopposed Motion to File Under Seal Exhibits H, I, K and L to Plaintiffs' Motion in Limine No. 1 to Exclude BP Employee Opinion Testimony on the Reasonableness or Market Value of Its 25% of Natural Gas Liquids "Processing Fee" and the Court having considered the Motion FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Exhibit H, I, K and L be sealed, as the documents contain confidential commercial information.

_____
W. Daniel Schneider
United States Magistrate Judge