IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STEVEN J. ABRAHAM, et al.**

Plaintiffs,

v.                                                    Case No. CIV-09-961 WDS/RLP

**BP AMERICA PRODUCTION COMPANY,**

Defendant.

# MINUTE ORDER

This matter is before the Court *sua sponte*. The parties are hereby directed to meet and confer to identify any remaining issues in this case that must be resolved before the entry of judgment. Briefs on any outstanding issues shall be filed by both parties on or before April 22, 2011. Responses shall be filed on or before May 2, 2011.

**IT IS SO ORDERED**.

_____
**W. DANIEL SCHNEIDER**
**UNITED STATES MAGISTRATE JUDGE**