IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STEVEN J. ABRAHAM, et al.**

Plaintiffs,

v.   Case No. CIV-09-961 WDS/RLP

**BP AMERICA PRODUCTION COMPANY,**

Defendant.

### ORDER GRANTING PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE CLAIMS FOR DECLARATORY RELIEF AND INJUNCTION

This matter comes before the Court on Plaintiffs' Motion to Voluntarily Dismiss without Prejudice Claims for Declaratory Judgment and Injunction (Doc. No. 311). Defendant opposes the motion. The Court finds the motion is well taken, though not necessarily on the grounds argued by Plaintiffs.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Voluntarily Dismiss without Prejudice Claims for Declaratory Judgment and Injunction (Doc. No. 311) is granted.

_____
**W. DANIEL SCHNEIDER**
**UNITED STATES MAGISTRATE JUDGE**