IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STEVEN J. ABRAHAM, et al.**

Plaintiffs,

v.                                                                  Case No. CIV-09-961 WDS/RLP

**BP AMERICA PRODUCTION COMPANY,**

Defendant.

**ORDER DENYING BP'S MOTION FOR INCLUSION OF LANGUAGE IN THE FINAL JUDGMENT DENYING PLAINTIFF'S REQUEST FOR DECLARATORY AND INJUNCTIVE RELIEF AND DISMISSING THE IMPLIED DUTY CLAIMS**

This matter comes before the Court on BP's Motion for Inclusion of Language in the Final Judgment Denying Plaintiffs' Request for Declaratory and Injunctive Relief and Dismissing the Implied Duty Claims (Doc. No. 313). The Court finds the motion is not well taken.

IT IS THEREFORE ORDERED THAT BP's Motion for Inclusion of Language in the Final Judgment Denying Plaintiffs' Request for Declaratory and Injunctive Relief and Dismissing the Implied Duty Claims (Doc. No. 313) is denied.

_____
**W. DANIEL SCHNEIDER**
**UNITED STATES MAGISTRATE JUDGE**