IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STEVEN J. ABRAHAM, et al.**

Plaintiffs,

v.    Case No. CIV-09-961 WDS/RLP

**BP AMERICA PRODUCTION COMPANY,**

Defendant.

## ORDER DENYING BP'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW ON THE SAME AS FED ROYALTY OBLIGATIONS

This matter comes before the Court on BP's Renewed Motion for Judgment as a Matter of Law on the Same-as-Fed Royalty Obligations (Docket No. 314). The Court finds that motion is not well taken.

IT IS THEREFORE ORDERED that BP's Renewed Motion for Judgment as a Matter of Law on the Same-as-Fed Royalty Obligations (Docket No. 314) is denied.

_____
**W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE**