IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STEVEN J. ABRAHAM, et al.**

Plaintiffs,

v.                                              Case No. CIV-09-961 WDS/RLP

**BP AMERICA PRODUCTION COMPANY,**

Defendant.

### ORDER DENYING BP'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW ON THE MARKET VALUE OF GAS AT THE WELL ROYALTY OBLIGATIONS

This matter comes before the Court on BP's Renewed Motion for Judgment as a Matter of Law on the Market Value of the Gas at the Well Royalty Obligations (Doc. No. 315).  The Court finds the motion is not well taken.

IT IS THEREFORE ORDERED that BP's Renewed Motion for Judgment as a Matter of Law on the Market Value of the Gas at the Well Royalty Obligations (Doc. No. 315) is denied.

_____
**W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE**