IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STEVEN J. ABRAHAM, et al.**

Plaintiffs,

v.                                                                  Case No. CIV-09-961 WDS/RLP

**BP AMERICA PRODUCTION COMPANY,**

Defendant.

**JUDGMENT ON THE VERDICT**

     This Class Action came on for trial beginning March 15, 2011. The class plaintiffs appeared and were represented by counsel and the defendant BP America Production Company appeared by its corporate representative and was represented by counsel. The evidence was concluded on March 23, 2011, whereupon the jury was instructed by the Court. Following deliberations the jury returned a Verdict for plaintiffs and against BP in the amount of $9,740,973.

     IT IS THEREFORE ORDERED that final judgment is entered as follows:

     Judgment is entered upon the verdict in favor of the plaintiffs and against the defendant BP America Production Company in the amount of Nine Million Seven Hundred Forty Thousand Nine Hundred Seventy Three Dollars ($9,740,973). Plaintiffs are entitled to pre-judgment interest in the amount of $3,443,372.40 and post-judgment interest from the entry of this Judgment on the Verdict as provided by 28 U.S.C. § 1961(a) and costs allowed by law.

     The Court expressly retains jurisdiction in order to (a) address and decide any application

for attorney's fees, individual awards to the representative plaintiffs, and expense reimbursement and (b) administer the distribution of judgment funds to the class members.

_____
**W. DANIEL SCHNEIDER**
**UNITED STATES MAGISTRATE JUDGE**