IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STEVEN J. ABRAHAM, et al.,**

    **Plaintiffs,**

    **vs.**                                 **No.  CIV-09-961 WDS/RLP**

**BP AMERICA PRODUCTION COMPANY,**

    **Defendant.**

**ORDER GRANTING STAY OF EXECUTION AND
APPROVING SUPERSEDEAS BOND**

This matter comes before the Court on the Unopposed Motion for Stay of Execution of Judgment and for Approval of Supersedeas Bond of Defendant BP America Production Company (BP).  Having considered the unopposed motion, the Court hereby

FINDS that there is good cause shown to stay execution of any proceedings to enforce the Judgment entered on May 13, 2011, and

FURTHER FINDS that BP has tendered a Supersedeas Bond that is acceptable to Plaintiffs and is good and adequate security for the May 13, 2011, Judgment, and

ORDERS that Defendant BP's Unopposed Motion for Stay of Execution of Judgment and for Approval of Supersedeas Bond is GRANTED.  Accordingly, the Supersedeas Bond posted by BP is hereby approved and accepted, and execution of, or any proceedings to enforce, the May 13,

2011, Judgment are stayed until the date the United States Court of Appeals for the Tenth Circuit issues its mandate in the appeal that BP is taking from the May 13, 2011, Judgment.

      Signed this 1st day of July, 2011.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE

5146460_2.DOCX